EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 12 2002

at 3 o'clock and 00 m.  __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR. NO. **CR02-00523 HG** |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | INDICTMENT |
| ) | |
| LESLIE GENTRY,            (01) ) | [21 U.S.C. §§ 846, |
| ARTHUR LEE, JR.,          (02) ) | 841(a), 841(b)(1)(A); |
| JAMES BOHOL,              (03) ) | 841(b)(1)(B), 841(b) |
| a.k.a. "Special K,"       ) | (1)(C); 26 U.S.C. |
| DALON DEON LEE,           (04) ) | § 5861(d); 18 U.S.C. § 2] |
| RODERICK HUNTER,          (05) ) | |
| and  ) | |
| PHILLIP DUNN,             (06) ) | |
| a.k.a. "Showboat,"        ) | |
| ) | |
| Defendants.  ) | |
| ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

From a date unknown, but at least by on or about October 8, 2002, to and including December 4, 2002, in the District of Hawaii and elsewhere, the defendants, LESLIE GENTRY, ARTHUR LEE, JR., JAMES BOHOL, a.k.a. "Special K," DALON DEON LEE, RODERICK HUNTER, and PHILLIP DUNN, a.k.a. "Showboat," did conspire together and with others known and unknown to knowingly and intentionally distribute and to possess with the intent to distribute, 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, 50 grams or more of a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, a.k.a. "crack cocaine," and cocaine, all Schedule II controlled substances.

## WAYS AND MEANS OF CONSPIRACY

1. LESLIE GENTRY, located in Arizona, accepts orders for methamphetamine and cocaine from ARTHUR LEE, JR. and JAMES BOHOL, a.k.a. "Special K," for delivery to, and distribution in, Hawaii.

2. LESLIE GENTRY relays the orders for methamphetamine and cocaine to persons located in California.

3. The persons located in California ship distribution quantities of methamphetamine and cocaine to A.P., an intermediary located in Wahiawa, Hawaii, not charged as a defendant herein.

4. A.P. confirms anticipated and completed deliveries of cocaine and methamphetamine with LESLIE GENTRY via telephone.

5. A.P. informs ARTHUR LEE, JR. and JAMES BOHOL, a.k.a. "Special K" of his receipt of LESLIE GENTRY'S cocaine and methamphetamine via telephones.

6. ARTHUR LEE, JR. and A.P. arrange a time and place for delivery.

7. JAMES BOHOL, a.k.a. "Special K" and A.P. arrange a time and place for delivery.

8. A.P. and M.M., a "runner" for A.P., not charged as defendants herein, deliver methamphetamine and cocaine to ARTHUR LEE, JR. and/or to JAMES BOHOL, a.k.a. "Special K."

9. ARTHUR LEE, JR. distributes LESLIE GENTRY'S methamphetamine and cocaine to his "runner," DALON DEON LEE.

10. DALON DEON LEE distributes ARTHUR LEE, JR.'S methamphetamine and cocaine to RODERICK HUNTER.

11. RODERICK HUNTER "cooks" cocaine, transforming the cocaine into cocaine base.

12. RODERICK HUNTER distributes methamphetamine, cocaine, and cocaine base to PHILLIP DUNN, a.k.a. "Showboat," and to others known and unknown.

13. PHILLIP DUNN, a.k.a. "Showboat," distributes methamphetamine, cocaine and cocaine base to other persons.

14. The defendants used cellular and land line telephones, pagers, and voice mail messaging systems to communicate.

## OVERT ACTS

1. On October 12, 2002, ARTHUR LEE, JR. and DALON DEON LEE met outside DALON DEON LEE'S residence located in Honolulu, Hawaii.

2. On November 7, 2002, PHILLIP DUNN, a.k.a. "Showboat," telephoned RODERICK HUNTER and ordered drugs, using coded language.

3. On November 7, 2002, PHILLIP DUNN, a.k.a. "Showboat," drove to RODERICK HUNTER'S residence.

4. On November 7, 2002, PHILLIP DUNN, a.k.a. "Showboat," possessed approximately two ounces of cocaine base, a.k.a. "crack" cocaine, five grams of cocaine, and seven grams of methamphetamine.

5. On November 15, 2002, ARTHUR LEE, JR. telephoned A.P. and inquired as to the status of an anticipated drug delivery.

6. On November 17, 2002, ARTHUR LEE, JR. telephoned LESLIE GENTRY and inquired as to the status of an anticipated drug delivery.

7. On November 18, 2002, LESLIE GENTRY telephoned ARTHUR LEE, JR. and asked as to whether ARTHUR LEE, JR. had received drugs from A.P. yet.

8. On November 18, 2002, ARTHUR LEE, JR. met with A.P. in the parking lot of Checkers Auto Parts in Kaneohe, Hawaii.

9. On November 19, 2002, LESLIE GENTRY telephoned ARTHUR LEE, JR. and discuss the manner in which drugs were being shipped, and accepted a further order for drugs from ARTHUR LEE, JR.

10. On November 29, 2002, LESLIE GENTRY provided the telephone number of JAMES BOHOL, a.k.a. Special K" to A.P.

11. On December 1, 2002, ARTHUR LEE, JR. telephoned A.P. and ordered drugs, to be delivered the following day.

12. On or about December 2, 2002, JAMES BOHOL, a.k.a. "Special K," threatened, via voice mail, to hurt M.M. if M.M. did not deliver drugs as promised.

13. On December 3, 2002, ARTHUR LEE, JR. possessed approximately 307 grams of cocaine.

14. On December 3, 2002, ARTHUR LEE, JR. possessed approximately 30 grams of methamphetamine.

15. On December 3, 2002, DALON DEON LEE possessed approximately nine ounces of methamphetamine.

16. On December 3, 2002, DALON DEON LEE possessed approximately one ounce of cocaine.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1).

## COUNT 2

The Grand Jury further charges:

From on or about November 17, 2002, to and including November 29, 2002, the defendant, LESLIE GENTRY, knowingly and intentionally aided and abetted in the distribution of 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, into the District of Hawaii.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 3

The Grand Jury further charges:

On or about December 3, 2002, in the District of Hawaii, the defendant, ARTHUR LEE, JR., knowingly and intentionally attempted to possess with the intent to

distribute, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 4

The Grand Jury further charges:

On or about December 3, 2002, in the District of Hawaii, the defendant, ARTHUR LEE, JR., knowingly and intentionally possessed with the intent to distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

## COUNT 5

The Grand Jury further charges:

On or about December 3, 2002, in the District of Hawaii, the defendant, ARTHUR LEE, JR., knowingly and intentionally attempted to possess with the intent to distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a), 841(b)(1)(C) and Title 18, United States Code Section 2.

COUNT 6

The Grand Jury further charges:

On or about December 3, 2002, in the District of Hawaii, the defendant, ARTHUR LEE, JR. knowingly and intentionally possessed with the intent to distribute five grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

All in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(B).

COUNT 7

The Grand Jury further charges:

On or about December 3, 2002, in the District of Hawaii, DALON DEON LEE knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(A).

COUNT 8

The Grand Jury further charges:

On or about December 3, 2002, in the District of Hawaii, DALON DEON LEE knowingly and intentionally possessed with the intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(C).

## COUNT 9

The Grand Jury further charges:

On or about December 3, 2002, in the District of Hawaii, DALON DEON LEE knowingly possessed in or affecting commerce a firearm, to wit, a Beretta model 70, 7.65 caliber pistol, having the serial number obliterated, removed, changed, and altered.

All in violation of Title 26, United States Code, Section 5861(h).

## COUNT 10

The Grand Jury further charges:

On or about December 3, 2002, in the District of Hawaii, DALON DEON LEE knowingly possessed in or affecting commerce a firearm, to wit, a Winchester model 840 12-gauge shotgun, serial number obliterated, marked "Made in Canada," having a barrel length of less than 18 inches, and an overall length of less than 26 inches, which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

## COUNT 11

The Grand Jury further charges:

On or about December 3, 2002, in the District of Hawaii, DALON DEON LEE knowingly possessed in or affecting commerce a firearm, to wit, one 9 mm silencer, which was not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Section 5861(d).

## COUNT 12

The Grand Jury further charges:

On or about November 7, 2002, in the District of Hawaii, PHILLIP DUNN, a.k.a. "Showboat," knowingly and intentionally possessed with the intent to distribute, 50 grams or more of a mixture or substance that contains a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, which contains cocaine base, a.k.a. "crack cocaine," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(A).

## COUNT 13

On or about November 7, 2002, in the District of Hawaii, PHILLIP DUNN, a.k.a. "Showboat," knowingly and

intentionally possessed with the intent to distribute, a quantity of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(C).

### COUNT 14

On or about November 7, 2002, in the District of Hawaii, PHILLIP DUNN, a.k.a. "Showboat," knowingly and intentionally possessed with the intent to distribute, five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

//
//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(B).

DATED: 12/12/02 , 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

United States v. Leslie Gentry, et al.
Cr. No. _____
INDICTMENT

12